7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Interstate Bakeries Corporation
*Debtor*

*Bankruptcy Case No.*
04–45814–jwv11

**US Bank National Association in its capacity as Trustee for the IBC Creditors Trust**
   Plaintiff(s)

*Adversary Case No.*
09–04165–jwv

v.

**ACF Industries LLC**
**Addecco Employment Services, Inc.**
**Airgas Inc**
**Fabricon Products, Inc.**
**All American Foods, Inc.**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Jerry W. Venters, United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: judgment is entered in favor of Plaintiff and against Defendant Fabricon Products, Inc., in the amount of $12,421.31 with no interest.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
   Deputy Clerk

Date of issuance: 9/28/12

Court to serve